## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER 13

    JONATHAN P. BARGER,                       Bankruptcy No: 18-14725-jkf

        **Debtor.**

_____/

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Syndcore Holdings, LLC ("Movant"), by and through its counsel, has filed a Motion for Relief from the Automatic Stay to Permit Syndcore to Pursue its Foreclosure Action on 2505 Orthodox Street, Philadelphia, PA 19137 (the "Motion").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).**

1.  If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before <u>September 20, 2018</u>, you or your attorney must do <u>all</u> of the following:

    (a)  File an answer explaining your position at the United States Bankruptcy Court, 900 Market Street, Suite 203, Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  Mail a copy to the attorney for the Movant:

        Law Office of Jason Rabinovich, PLLC.
        Jason Rabinovich, Esq.
        1700 Market St, Ste 1005
        Philadelphia, PA 19103
        Tel: (267) 423-4130
        Email: JasonRabinovich@JasonRabinovichLaw.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon on **September 26, 2018 at 9:30 a.m.**, in Courtroom #3, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.


Date: August 30, 2018