IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JONATHAN BARGER             Case No. 18-14725-JKF
       Debtor             (Chapter 13)

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Debtor, Jonathan Barger, has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one. (if you do have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held before the Honorable Jean Fitzsimon on October 24, 2018, at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection you your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: September 26, 2018        By: _____/s/_____
                                 Alan B. Kane, Esquire
                                 Attorney for Debtor,
                                 Jonathan Barger
                                 Attorney Id No.: 66379
                                 The Law Office of Alan B. Kane
                                 600 Louis Drive, Suite 201
                                 Warminster, PA 18974
                                 Tele: (610) 279-5151
                                 Fax: (610) 277-4870
                                 E-Mail: akaneesqcpa@msn.com