The Law Office of
# Alan B. Kane

Alan B. Kane, ESQ., CPA

600 Louis Drive, Suite 201
Warminster, Pennsylvania 18974

Tel (610) 279-5151
Fax (267) 282-5687
E-Mail: akaneesqcpa@msn.com

October 17, 2018

The Honorable Jean K. FitzSimon
United States Bankruptcy Court for
the Eastern District of Pennsylvania
900 Market Street
Philadelphia, PA 19107

                RE: Jonathan Barger
                    Bankruptcy Chapter 13
                    Docket No.: 18-14725

Dear Judge FitzSimon:

This firm represents the debtor, Jonathan Barger, and Jason Rabinovich, Esquire represents Syndcore Holdings, LLC. in the above referenced matter.

The debtor, Jonathan Barger, objects to the entrance of an Order granting Syndcore Holdings, LLC relief from the automatic stay, and requests an evidentiary hearing. On September 27, 2018, counsel for the debtor, Jonathan Barger, provided a Certificate of Insurance regarding debtor's property located at 2505 Orthodox Street, Philadelphia, Pennsylvania to Jason Rabinovich, Esquire, counsel for Syndcore Holdings, LLC. A true and correct copy of the Certificate of Insurance is attached as Exhibit "A" hereto. On October 10, 2018, the counsel for the debtor, Jonathan Barger, provided a letter from the underwriter regarding the insurance coverage for debtor's property located at 2505 Orthodox Street, Philadelphia, Pennsylvania to Jason Rabinovich, Esquire, counsel for Syndcore Holdings, LLC. A true and correct copy of the Certificate of Insurance is attached as Exhibit "B" hereto. The letter specifically provides:

> We are aware of the contents of the property, specifically the chemicals that are used in the nature of your business, and want to inform you that this does not limit the policy coverage."

The letter states that StateFarm is aware of the chemicals being used at the property and nowhere in the letter does it indicate that there any exclusion for such chemicals. The letter provides to the contrary of any exclusion as the letter states that there is

The Honorable Jean K. FitzSimon
United States Bankruptcy Court for
the Eastern District of Pennsylvania
October 17, 2018
Page 2

no limitation regarding policy coverage as a result of the chemicals being used at the property.

At the hearing, the debtor will introduce expert testimony regarding the policy coverage. A hearing is scheduled for November 14, 2018 regarding this matter.

Respectfully submitted,

Alan B. Kane

ABK/ejf

cc: Jason Rabinovich, Esquire

# EXHIBIT "A"

# CERTIFICATE OF INSURANCE

This certifies that
- ☒ STATE FARM FIRE AND CASUALTY COMPANY, Bloomington, Illinois
- ☐ STATE FARM GENERAL INSURANCE COMPANY, Bloomington, Illinois
- ☐ STATE FARM FIRE AND CASUALTY COMPANY, Scarborough, Ontario
- ☐ STATE FARM FLORIDA INSURANCE COMPANY, Winter Haven, Florida
- ☐ STATE FARM LLOYDS, Dallas, Texas

insures the following policyholder for the coverages indicated below:

| | |
|---|---|
| Name of policyholder | Jonathan P Barger |
| Address of policyholder | 2505 Orthodox St, Philadelphia PA  19137 |
| Location of operations | |
| Description of operations | |

The policies listed below have been issued to the policyholder for the policy periods shown. The insurance described in these policies is subject to all the terms exclusions, and conditions of those policies. The limits of liability shown may have been reduced by any paid claims.

| POLICY NUMBER | TYPE OF INSURANCE | POLICY PERIOD Effective Date | POLICY PERIOD Expiration Date | LIMITS OF LIABILITY (at beginning of policy period) | |
|---|---|---|---|---|---|
| 98-EL-B207-2 | Comprehensive Business Liability | 09/26/2018 | 09/26/2019 | | BODILY INJURY AND PROPERTY DAMAGE |
| This insurance includes: | ☐ Products - Completed Operations<br>☐ Contractual Liability<br>☐ Underground Hazard Coverage<br>☐ Personal Injury<br>☐ Advertising Injury<br>☐ Explosion Hazard Coverage<br>☐ Collapse Hazard Coverage<br>☒ Building $335,000<br>☐ | | | Each Occurrence<br><br>General Aggregate<br><br>Products – Completed Operations Aggregate | $1,000,000<br><br>$2,000,000<br><br>$2,000,000 |
| | EXCESS LIABILITY<br>☐ Umbrella<br>☐ Other | POLICY PERIOD Effective Date | POLICY PERIOD Expiration Date | BODILY INJURY AND PROPERTY DAMAGE (Combined Single Limit)<br>Each Occurrence    $<br>Aggregate        $ | |
| | Workers' Compensation and Employers Liability | | | Part 1 STATUTORY<br>Part 2 BODILY INJURY<br><br>Each Accident        $<br>Disease Each Employee  $<br>Disease - Policy Limit   $ | |

| POLICY NUMBER | TYPE OF INSURANCE | POLICY PERIOD Effective Date | POLICY PERIOD Expiration Date | LIMITS OF LIABILITY (at beginning of policy period) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

THE CERTIFICATE OF INSURANCE IS NOT A CONTRACT OF INSURANCE AND NEITHER AFFIRMATIVELY NOR NEGATIVELY AMENDS, EXTENDS OR ALTERS THE COVERAGE APPROVED BY ANY POLICY DESCRIBED HEREIN.

Name and Address of Certificate Holder

Syndcore Holdsings, LLC
11752 San Vicente Blvd
Los Angeles, CA  90049

If any of the described policies are canceled before its expiration date, State Farm will try to mail a written notice to the certificate holder 30 days before cancellation. If however, we fail to mail such notice, no obligation or liability will be imposed on State Farm or its agents or representatives.

Signature of Authorized Representative
JOSEPH EMS INS AGENC                 09/26/2018
Title                                  Date
Agent's Code Stamp

AFO Code    F372

558-994 a.3 04-1999 Printed in U.S.A.

# EXHIBIT "B"



October 9, 2018

Jonathan P. Barger
11 Anna Marie Terrace
Huntingdon Valley, PA 19006

Charlottesville Operations Center
State Farm
1500 State Farm Boulevard
Charlottesville, VA 22909-0001

Re: 2505 Orthodox Street
    Philadelphia, Pa 19137

Dear Mr. Barger,

We are writing to you in response to your inquiry regarding your commercial building policy #98ELB2072. We are aware of the contents of the property, specifically the chemicals that are used in the nature of your business, and want to inform you that this does not limit the policy coverage.

Should you have any additional questions please do not hesitate to contact me.

Regards,

Myron Gibson
Sr. Underwriter
1-844-275-7522