UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

JONATHAN P  BARGER

                                                                 : Bankruptcy No. 18-14725JKF
            Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                         BY THE COURT

                                                         Jean K. FitzSimon, B. J.

December 12, 2018

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAN B KANE ESQ
600 LOUIS DR, STE 201
WARMINISTER PA 18974-2847

JONATHAN P  BARGER
11 ANNA  MARIA TER
HNUTINGDON VALLEY,PA.19006-1618