United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14725-jkf
Jonathan P. Barger                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Dec 12, 2018
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
```
db             Jonathan P. Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA 19006-1618
14183704      +Ariel Bouskila Esq,    40 Exchange Place, Suite 1306,    New York, NY 10005-2743
14199331      +Commonwealth of PA,    Dept. of Revenue,    c/o Carol E. Momjian,    The Phoenix Building,
                1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14182266      +Frankford Plating II, Inc.,    2505 Orthodox St,    Philadelphia, PA 19137-1683
14182269       IOU Financial,    600 Townpark Ln NW Ste 100,    Kennesaw, GA 30144-3736
14182270       Kash Capital,    347 5th Ave,    New York, NY 10016-5010
14182271       Mary Jo Barger,    11 Anna Maria Ter,    Huntingdon Valley, PA 19006-1618
14182273       PA Department of Revenue,    PO Box 280431,    Harrisburg, PA 17128-0431
14182272      #PA Department of Revenue,    PO Box 281102,    Harrisburg, PA 17128-1102
14170579      +Syndcore Holdings LLC,    c/o Law Offices of Jason,    Rabinovich, PLLC,    c/o Jason Rabinovich,
                1700 Market Street, Suite 1005,    Philadelphia, PA 19103-3920
14166833       Syndcore Holdings, LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14182275     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     PO Box 8026,
                Cedar Rapids, IA 52408-8026)
14190055      +Toyota Motor Credit Corp.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14182126      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:49      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:37       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 13 2018 03:06:24
                BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
cr             E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:49      City of Philadelphia,
                Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA 19102
NONE           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:17
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA 17128-0946
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 03:06:23      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14169834      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 13 2018 03:06:12
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
14182263       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2018 03:06:11
                CAPITAL ONE BANK (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14166832       E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:48      City of  Philadelphia,
                Law Department Municipal Services Buildi,    1401 John F Kennedy Blvd Fl 5,
                Philadelphia, PA 19102-1617
14182265       E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:48      City of Philadelphia,
                1401 John F Kennedy Blvd Fl 11,    Philadelphia, PA 19102-1626
14203292       E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:49      City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
14182268       E-mail/Text: cio.bncmail@irs.gov Dec 13 2018 03:01:00      Dept. of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14182267       E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 13 2018 03:02:04      Indigo Mastercard,
                PO Box 4477,    Beaverton, OR 97076-4401
14167434      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:06:25
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14197872       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:17
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
14186888       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2018 03:01:04
                Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
14182262         18-14725-jkf
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*             +Syndcore Holdings LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
14182264*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: City of Philadelphia,     Law Department Municipal Services Buildi,
                  1401 John F Kennedy Blvd Fl 5,    Philadelphia, PA 19102-1617)
14182274*        Syndcore Holdings, LLC,    11752 San Vicente Blvd,    Los Angeles, CA 90049-5010
                                                                                        TOTALS: 1, * 4, ## 0
```

```
District/off: 0313-2          User: Randi               Page 2 of 2              Date Rcvd: Dec 12, 2018
                              Form ID: pdf900           Total Noticed: 30
```

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
      ALAN B. KANE    on behalf of Debtor Jonathan P. Barger Akaneesqcpa@msn.com
      CAROL E. MOMJIAN    on behalf of    Commonwealth of Pennsylvania, Department of Revenue
       cmomjian@attorneygeneral.gov
      JASON L. RABINOVICH    on behalf of Creditor    Syndcore Holdings LLC
       jasonrabinovich@jasonrabinovichlaw.com,  jasonrabinovich@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       karena.blaylock@phila.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JONATHAN P   BARGER

                                                    : Bankruptcy No. 18-14725JKF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

December 12, 2018

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAN B KANE ESQ
600 LOUIS DR, STE 201
WARMINISTER PA 18974-2847

JONATHAN P   BARGER
11 ANNA   MARIA TER
HNUTINGDON VALLEY,PA.19006-1618